UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HANOOK SAMSON,

        Plaintiff,

        -against-

PARK AVENUE DIALYSIS CENTER, et al.,

        Defendants.
-------------------------------------------------------------x

22-CV-10940 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Defendants request an adjournment of the Initial Case Management Conference scheduled for April 4, 2023. (ECF 13). As per my individual practices, letter motions for adjournments must include whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent. Part I(e). Defendants shall contact *pro se* Plaintiff and file a letter on the docket reporting if Plaintiff consents and, if not, the reasons for refusing, by **March 28, 2023.** Defendants should also note that the Court already issued an Order of Service for the *pro se* Plaintiff proceeding *in forma pauperis*. (ECF 6).

The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

                                                               *s/ Ona T. Wang*

Dated: March 23, 2023                                     **Ona T. Wang**
        New York, New York                      United States Magistrate Judge