UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HANOOK SAMSON,

          Plaintiff,

          -against-

PARK AVENUE DIALYSIS CENTER, et al.,

          Defendants.

------------------------------------------------------------x

22-CV-10940 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Defendants' motion to adjourn the Initial Case Management Conference scheduled for April 4, 2023 is **GRANTED**. The Initial Case Management Conference is adjourned to **April 20, 2023, at 1:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The proposed scheduling order is due **April 13, 2023** and shall be filed by Defendants.

The Clerk of Court is respectfully directed to close ECF 13 and 15, and to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

Dated: March 28, 2023
       New York, New York

                          *s/ Ona T. Wang*
                          **Ona T. Wang**
                          United States Magistrate Judge