**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

HANOOK SAMSON,                                   :
                                                 :
                    Plaintiff,                    :        22-CV-10940 (PAE) (OTW)
                                                 :
                    -against-                     :        **ORDER**
                                                 :
PARK AVENUE DIALYSIS CENTER, et al.,              :
                                                 :
                    Defendants.                   :
                                                 :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on May 24, 2023. As discussed

at the conference, the case is hereby **STAYED** pending mediation. The parties shall file a joint

status letter upon the conclusion of mediation. The letter shall be filed by counsel for

Defendants.

The Clerk of Court is respectfully directed to serve a copy of this order on *pro se* Plaintiff.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: May 24, 2023                              **Ona T. Wang**
       New York, New York                        United States Magistrate Judge